Law to Elect to Take an Intestate Share Against the Provisions of the Will of Josephine Glover, Deceased. George J. S. Dowling, as Special Guardian for Vicky Goodwill et al., Infants, Respondents; Harry Kalstein et al., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 913.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

Sol Katzenstein, Appellant, v. Merrimack Mutual Fire Insurance Company, Respondent.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied. On the court's own motion, reargument of the appeal is granted and the appeal is set down for reargument on Wednesday, May 24, 1944. [See 266 App. Div. 860; 266 App. Div. 923; post, p. 992; 268 App. Div. 782.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

Roden Lightbody et al., Copartners under the Name of Lightbody Brothers, Respondents-Appellants, v. William Russell, Doing Business as Long Island Potato Exchange, Appellant-Respondent, and Chester Bowles, as Price Administrator of the Office of Price Administration, Intervener.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Does the complaint state a cause of action? (2) Is the second defense sufficient in law on the face thereof? [See ante, p. 603.] Present— Close, P. J., Adel, Lewis and Aldrich, JJ.; Hagarty, J., not voting.

Edith D. Mott, Appellant, v. Glen Cove Trust Company, as Trustee under Trust Agreement Executed November 7, 1936, et al., Respondents, et al., Defendants. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 960.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

The People of the State of New York, Respondent, v. Isadore Blau, Appellant.— Motion for reargument denied. [See ante, p. 920.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ. Insofar as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Aldrich.

Michel Tchlenoff, Appellant, v. Harry A. Jacobs et al., Copartners under the Name of City Factors, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 908.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

Village of Greenwood Lake, Respondent, v. George R. Riley, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 822.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

Harry Wilton et al., Respondents, v. Goetel Radish et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Appellants' time to answer is extended until five days from the entry of the order hereon. [See ante, p. 970.] Present— Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

Harry Wilton, Respondent, v. Goetel Radish et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Appellants' time to answer is extended until five days from the entry of the order hereon. [See ante, p. 970.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.